**Dismissed and Memorandum Opinion filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00764-CR

**MICHAEL WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1332034**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated robbery.  In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 31, 2012, to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of

appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The trial court's certification is included in the record on appeal.  *See* Tex. R. App. P. 25.2(d).  The record supports the trial court's certification.  *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)